COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TERRA HEALTH INC., | § | No. 08-08-00076-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| | § | |
| CARLA FISHER, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2006-1144) |
| | § | |

**<u>MEMORANDUM  OPINION</u>**

Pending before the Court is an agreed motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a)(2).  The parties represent to the Court that they have settled all matters in controversy in the underlying suit, and are in agreement that the appeal should be dismissed with prejudice.  After considering the cause on the parties' motion, we conclude that the motion should be granted.  Accordingly, the appeal is hereby dismissed with prejudice.  As the motion does not indicate the parties have agreed otherwise, costs will be taxed against Appellant.  *See* TEX.R.APP.P. 42.1(d).


September 18, 2008

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Carr, JJ.